**Order entered April 3, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01296-CV

### AMY SELF, Appellant

### V.

### TINA KING AND ELIZABETH TUCKER, Appellees

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-1286-2010**

## ORDER

Before Justices FitzGerald, Lang-Miers, and Murphy

After the trial court dismissed this case for want of prosecution on April 21, 2011, plaintiff-appellant Amy Self filed a motion in which she asserted that she had not received notice of the dismissal until June 18, 2011. Although the trial court held a hearing on the motion, the court made no order finding the date on which Self or her counsel first either received notice or acquired actual knowledge of the dismissal. This order is required by Texas Rule of Appellate Procedure 4.2(c). Self has now filed a motion in this Court asking us either to treat her attempted appeal as a petition for writ of mandamus or to abate the appeal so that the trial court can make the required finding. Appellees have not filed a response.

We **GRANT** Self's motion as follows. We **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing an order that complies with Texas Rule of Appellate Procedure 4.2(c).

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated at the earlier of **THIRTY DAYS** from the date of this order or when the supplemental clerk's record is filed.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE